



PO Box 55819
Boston, MA 02205-5819

October 2, 2014

Suzanne Rinfret
Somerville Department of Traffic and Parking
133 Holland St Somerville, MA 02144

RECORDS REQUEST

Dear Ms. Rinfret

Pursuant to the Massachusetts public records law, I am seeking a copy of the city's electronic list of residential parking permits. Please include any available columns in the database, including the permit number, issue date, expiration date, vehicle model/make/year, license plate number, email, first name, last name, address, zip code, phone numbers and email address.

If possible, please provide the data in a standard electronic format (such as an Excel file, Access database table or ASCII delimited flat file).

As you probably know, the Supervisor of Records recently ruled that residential parking lists are public (SPR 2014-0144), just as lists of voters and residents are publicly available from the City. In addition, the City of Boston recently complied with a similar request. The Boston parking office provided the following columns in its version of the database: Permit Number, Permit Issue Date, District, First Name, Last Name, Phone Number Street Number, Street Name, Street Suffix, Apartment Number, Zip Code, Vehicle Make, Vehicle Year and Plate Number. [We plan to use the data internally for reference and to identify potential news stories - just as we do with voter data - but do not plan to publish the entire list online.]

If you plan to charge more than $40 for the data, please provide an itemized estimate in advance. Please do not hesitate to contact me if you have any questions.

Sincerely,

Todd Wallack
Reporter
Boston Globe
617-929-2069
twallack@globe.com
135 Morrissey Blvd
Boston, MA 55819