


# CITY OF SOMERVILLE, MASSACHUSETTS
## LAW DEPARTMENT

October 14, 2014

Todd Wallack
Boston Globe
135 Morrissey Blvd.
Boston, MA 55819

Re:   Public Records Request Dated October 2, 2014

Dear Mr. Wallack:

I represent the City of Somerville and write in response to your public records request dated October 2, 2014.

The City is willing to produce the permit number, issue date, expiration date, vehicle model/make/year, and license plate number. The City intends to redact the first name, last name, address, zip code, phone numbers and email addresses of the permit holders, pursuant to exemption (a) and exemption (c) of the public records law.

With respect to exemption (a), the personal information is by necessary implication exempt from disclosure by statute. By turning over the personal information acquired in connection with motor vehicle related permits, the City would be effectively turning over the same information for which the Driver Protection Privacy Act contemplates non-disclosure, thereby frustrating the purpose of the Act.

With respect to exemption (c), the public interest in disclosure does not outweigh the privacy interests of residents. The drafters of the DPPA could never have intended that other government agencies be compelled to disclose the same 'personal information' protected by the DPPA, when obtained by the agency in connection with a motor vehicle related permit.

You have the right to appeal in accordance with the administrative process provided by the Supervisor of Public Records.

Please let me know whether you wish to obtain redacted copies of the documents. I look forward to hearing from you soon.

Very truly yours,

David Shapiro
Assistant City Solicitor

