



# The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Public Records Division

Shawn A. Williams
*Supervisor of Records*

March 6, 2015
**SPR14/626**

Mr. Todd Wallack
*The Boston Globe*
P.O. Box 55819
Boston, MA 02205-5819

Dear Mr. Wallack:

    I have received your request for reconsideration of your closed appeal.  See SPR14/626 Determination of the Supervisor of Records (January 6, 2015).  I have directed an attorney on my staff to review the reconsideration request and all other documentation relevant to this matter.  Please be advised that you will be provided with a written determination of my finding.

Very truly yours,

Shawn A. Williams
Supervisor of Records

cc: Mr. David Shapiro, Esq.

One Ashburton Place, Room 1719, Boston, Massachusetts 02108 · (617) 727-2832 · Fax (617) 727-5914
www.sec.state.ma.us/pre