


# CITY OF SOMERVILLE, MASSACHUSETTS
## LAW DEPARTMENT

Via Fax No. 617-727-5914 and Regular Mail

June 11, 2015

Mr. Shawn A. Williams
Supervisor of Records
Commonwealth of Massachusetts
One Ashburton Place
Room 1719
Boston, MA 02108

Re:   SPR 14/626
      Decision Date: June 5, 2015
      Todd Wallack public records request to the City of Somerville

Dear Mr. Williams:

On behalf of the City of Somerville, I write to formally request a stay of enforcement of the above referenced decision, pending appeal to Court.

This matter presents novel and complex legal issues, and would result in the immediate, unanticipated disclosure of personal information of residents of Somerville who applied for and have been issued parking permits.

Unless you notify me that you will grant a stay of enforcement before 12:30 p.m. tomorrow, June 12, 2015, I intend to appear in Court on Monday, June 15, 2015, to request a stay from the Court. In such event, I will promptly notify you of the time and location of the appearance.

Thank you for your anticipated cooperation.

Very truly yours,

David Shapiro
Assistant City Solicitor




SOMERVILLE CITY HALL • 93 HIGHLAND AVENUE • SOMERVILLE, MASSACHUSETTS 02143
(617) 625-6600, EXT. 4400 • TTY: (617) 666-0001 • FAX: (617) 776-8847
www.somervillema.gov • E-mail: Law@somervillema.gov