UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CITY OF SOMERVILLE,

                              Plaintiff,

                v.                                    CIVIL ACTION
                                                      NO. 1:15-cv-12331
SHAWN WILLIAMS, as SUPERVISOR OF
PUBLIC RECORDS,

                              Defendant.

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for defendant Shawn Williams, as

Supervisor of Public Records.

                                        Respectfully submitted,


                                        /s/ Sookyoung Shin
                                        Sookyoung Shin, BBO No. 643713
                                        Assistant Attorney General
                                        Government Bureau
                                        One Ashburton Place
                                        Boston, MA 02108-1698
                                        (617) 963-2052
                                        (617) 727-5785 (fax)
June 22, 2015                           sookyoung.shin@state.ma.us

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above document will be served on June 22, 2015, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

 /s/ Sookyoung Shin                         
Sookyoung Shin
Assistant Attorney General