UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF SOMERVILLE,<br>　　　　　　　Plaintiff,<br>　　v.<br><br>SHAWN WILLIAMS, as SUPERVISOR OF PUBLIC RECORDS,<br>　　　　　　　Defendant. | CIVIL ACTION<br>NO. 1:15-cv-12331 |

**DEFENDANT'S ASSENTED-TO MOTION FOR
EXTENSION OF TIME TO ANSWER COMPLAINT**

Defendant Shawn Williams, Supervisor of Public Records, moves for a 30-day extension of time until August 10, 2015, to file an answer or otherwise respond to the complaint. The grounds for this motion are set forth in the accompanying memorandum of reasons.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　SHAWN WILLIAMS, as SUPERVISOR OF
　　　　　　　　　　　　　　　　PUBLIC RECORDS

　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　MAURA HEALEY
　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　/s/ Sookyoung Shin_____
　　　　　　　　　　　　　　　　Sookyoung Shin, BBO No. 643713
　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　Government Bureau
　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　Boston, MA 02108-1698
　　　　　　　　　　　　　　　　(617) 963-2052
July 7, 2015　　　　　　　　　　sookyoung.shin@state.ma.us

## CERTIFICATION UNDER LOCAL R. 7.1(A)(2)

I certify that I conferred with plaintiff's counsel, who stated that plaintiff assents to this motion.

    /s/ Sookyoung Shin
Sookyoung Shin
Assistant Attorney General

## CERTIFICATE OF SERVICE

      I hereby certify that the above document will be served on July 7, 2015, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

                                      /s/ Sookyoung Shin
                                      Sookyoung Shin
                                      Assistant Attorney General