UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF SOMERVILLE,<br>      Plaintiff,<br>  v.<br><br>SHAWN WILLIAMS, as SUPERVISOR OF PUBLIC RECORDS,<br>      Defendant. | CIVIL ACTION<br>NO. 1:15-cv-12331 |

**DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

  Defendant Shawn Williams, Massachusetts Supervisor of Public Records, moves to dismiss the complaint for lack of jurisdiction under Fed. R. Civ. P. 12(b)(1) or for failure to state a claim for relief under Fed. R. Civ. P. 12(b)(6). The reasons for this motion are set forth in the accompanying memorandum of law.

            Respectfully submitted,

            SHAWN WILLIAMS, as SUPERVISOR OF
            PUBLIC RECORDS

            By his attorney,

            MAURA HEALEY
            ATTORNEY GENERAL

            /s/ Sookyoung Shin
            Sookyoung Shin, BBO No. 643713
            Assistant Attorney General
            Government Bureau
            One Ashburton Place
            Boston, MA 02108-1698
            (617) 963-2052
August 7, 2015        sookyoung.shin@state.ma.us

## CERTIFICATION UNDER LOCAL R. 7.1(A)(2)

I certify that in June 2015 I had several conversations with plaintiff's counsel in an effort to narrow or resolve the issues presented by this motion. On or about July 2, 2015, plaintiff's counsel informed me that I should move forward with the motion.

 /s/ Sookyoung Shin
Sookyoung Shin
Assistant Attorney General

CERTIFICATE OF SERVICE

      I hereby certify that the above document will be served on August 7, 2015, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

      /s/ Sookyoung Shin
      Sookyoung Shin
      Assistant Attorney General