

**CITY OF SOMERVILLE, MASSACHUSETTS**
**DEPARTMENT OF TRAFFIC AND PARKING**
133 Holland St, Somerville, MA 02143
Tel: 311 or from outside Somerville (617) 666-3311
www.parksomerville.com

EXHIBIT A

## RESIDENT PARKING PERMIT APPLICATION

**Applicant Information:**

Today's Date _____

First Name _____

Last Name _____

Home Address _____

Apartment/Floor # _____

Zip Code _____

Day Phone # _____

Evening Phone # _____

Email _____

License Plate Number _____

Vehicle Make _____

Vehicle Model / Year _____

**Permit Information:**

Effective Date _____

Expiration Date _____

Permit Number(s) _____

**Cost:** $30* per vehicle. No charge for residents over 65 or for drivers of vehicles with handicap plates
*Prices subject to change*

**Duration:** Up to one year

**Hours:** Unlimited, unless otherwise posted

**Location:** Unlimited, unless otherwise posted

**Application Checklist:**

☐ Application Form

☐ Proof of MA Registration for vehicle in question garaged in Somerville

☐ Include proof of age or handicap plate for waiver of fees

☐ Check or money order for $30.00 (cash and credit cards accepted in person)

*All outstanding parking tickets must be paid in full at time of purchase. Tickets can be paid by calling 888-266-1348 or online at www.parksomerville.com. Call 311 if you are unsure whether or not you have outstanding tickets.*

*Come to 133 Holland Street on Mon., Tues. and Wed. from 9:00am to 4:00pm, Thurs. from 9:00am to 7:00pm, and Fri. from 9:00am to 12:00 noon*

*If permits are needed for multiple vehicles, please duplicate this form.*

*Individual permits requested at the window will be processed immediately. Renewals by mail will be mailed back prior to expiration date.*

*\*Businesses are not eligible for residential visitor parking permits.*

All checks / money orders should be made out to "City of Somerville". All permits and outstanding violations must be paid in advance of issuance.