UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CITY OF SOMERVILLE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:15-cv-12331-IT |
| | * | |
| SHAWN WILLIAMS, as SUPERVISOR OF PUBLIC RECORDS, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## ORDER

October 2, 2015

As set forth at the September 24, 2015 Scheduling Conference, Plaintiff may file supplemental briefing as to the court's subject matter jurisdiction, no later than October 8, 2015. Defendant may file any response no later than October 15, 2015. The parties' briefing shall address the issue of subject matter jurisdiction only, and shall not further brief the issues raised in Defendant's Motion to Dismiss [#14] or Plaintiff's Opposition [#19].

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge