UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
CITY OF SOMERVILLE,                  *
     Plaintiff                       *
                                     *
v.                                   *     CIVIL ACTION
                                     *     NO 1:15-cv-12331
SHAWN WILLIAMS, as SUPERVISOR        *
OF PUBLIC RECORDS,                   *
     Defendant.                      *
                                     *
*************************************
```

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) the plaintiff, City of Somerville, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant, Shawn Williams, as Supervisor of Public Records.  As reasons therefore, it is disputed whether there is jurisdiction in the federal court.  Since there is a similar pending case in the Massachusetts Superior Court pursuant to M.G.L. c. 30A, § 7, the plaintiff agrees to dismiss this action as a matter of judicial economy and saving judicial resources. Plaintiff further states that this dismissal is filed before Defendant has filed an answer or a motion for summary judgment.

                                          Respectfully submitted
                                          CITY OF SOMERVILLE
                                          By its attorney,

                                          /s/ David P. Shapiro_____
                                          David P. Shapiro, BBO#565564
                                          Assistant City Solicitor
                                          Law Dept., City Hall
                                          93 Highland Avenue
                                          Somerville, MA 02143
                                          (617) 625-6600, ext. 4400
Dated:  10/7/2015                       law@somervillema.gov

Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on 10/7/2015.

/s/ David P. Shapiro_____
Assistant City Solicitor
City of Somerville